IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JENNIFER MENDOZA, INDIVIDUALLY, AND AS NEXT FRIEND OF A.M., <br><br>Plaintiffs, <br><br>v. <br><br>KLEIN INDEPENDENT SCHOOL DISTRICT, W. SCOTT CROWE and STEPHANIE LANGNER IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES, <br><br>Defendants. | § § § § § § § § § § § § § § § § Civil Action No. H-09-3895 |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

The Court has conducted a de novo review of the Magistrate Judge's Memorandum and Recommendation. Neither party has filed an objection to the Memorandum, and the court is of the opinion that the conclusions contained in the Memorandum and Recommendation are supported by both law and undisputed fact.

The Memorandum and Recommendation is hereby **ADOPTED** by this Court. The Clerk shall send copies of this Order to the respective parties.

**DONE** at Houston, Texas, this 5th day of April, 2011.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE