IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER MENDOZA, Individually, and a/n/f of A.M., | § § § § § | |
| Plaintiff, | | |
| v. | § § § | CIVIL ACTION NO. 09-cv-3895 <br> JURY DEMAND |
| KLEIN INDEPENDENT SCHOOL DISTRICT, W. SCOTT CROWE and STEPHANIE LANGNER, in their individual and official capacities | § § § § § § | |
| Defendants. | § | |

## PLAINTIFF AND DEFENDANTS' JOINT MOTION FOR CONFIRMATION OF MINOR SETTLEMENT

Plaintiff Jennifer Mendoza, individually, and a/n/f of A.M., a minor ("Plaintiffs"), and Defendant Stephanie Langner ("Langner") file their Joint Motion for Confirmation of Minor Settlement as follows

1.  Plaintiffs filed their lawsuit on December 4, 2009, asserting claims under 42 U.S.C. §1983 and state law against Defendants for alleged violations of their constitutional rights, and various state law claims.

2.  On April 5, 2011, the Court entered an Order adopting Magistrate Johnson's Memorandum and Recommendation, which granted Crowe's and KISD's motions for summary judgment on all of Plaintiffs' claims, and granted Langner's motion for summary judgment on Plaintiffs' state law claims, leaving Plaintiff A.M.'s § 1983 Fourth Amendment claim against Langner as the only remaining live claim.

3. Plaintiffs and Langner have agreed to settle all claims asserted or which could have been asserted based on the events alleged in the pleadings in this lawsuit.

4. As noted above, this case involves a minor. Other than the payment of attorney's fees and expenses, all of the settlement monies will be for the sole benefit of the minor child, to be paid into the Court's registry. Therefore, neither party anticipates the need for an appointment of an ad litem. *See Burke v. Smith,* 252 F.3d 1260, 1264 (11th Cir. 2001) (finding that "unless a conflict of interest exists between the representative and minor, a district court need not even consider the question whether a guardian ad litem should be appointed") (citation omitted). The parties request that the Court schedule and conduct a hearing concerning the minor settlement, and approve the parties' Settlement Agreement and Release.

        Respectfully submitted,

        ROGERS, MORRIS & GROVER, LLP

        _____
        CLAY T. GROVER
        State Bar No. 08550280
        Federal I.D. No. 15064
        Email:  cgrover@rmgllp.com
        CHRISTOPHER M. MILLER
        State Bar No. 24065752
        Federal I.D. No. 1041030
        Email:  cmiller@rmgllp.com
        5718 Westheimer, Suite 1200
        Houston, Texas 77057
        Telephone:   713/960-6000
        Facsimile:    713/960-6025
        ATTORNEYS FOR DEFENDANTS

/s/ - David J. Manley
by permission – Christopher M. Miller

_____
DAVID J. MANLEY
State Bar No. 24001593
Federal I.D. No. 24301
15201 Mason Road, Suite 1000-211
Cypress, Texas 77433
Telephone:    281/687-6889
Facsimile:     713/481-6367
Email:  dmanleylaw@aol.com
ATTORNEY FOR PLAINTIFFS

### CERTIFICATE OF SERVICE

    I hereby certify that on June 7, 2011, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

David J. Manley
15201 Mason Rd., Suite 1000-211
Cypress, Texas 77433
*(Via Email:*  dmanleylaw@aol.com*)*

_____
Counsel for Defendants