IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JENNIFER MENDOZA, Individually, and a/n/f of A.M., § § § Plaintiff, § § v. § § KLEIN INDEPENDENT SCHOOL § DISTRICT, W. SCOTT CROWE and § STEPHANIE LANGNER, in their § individual and official capacities § § Defendants. § | CIVIL ACTION NO. 09-cv-3895 JURY DEMAND |

## FINAL JUDGMENT

Pending before the Court is Plaintiff Jennifer Mendoza, individually, and a/n/f of A.M., a minor ("Plaintiffs"), and Defendants Klein Independent School District ("KISD"), Scott Crowe ("Crowe") and Stephanie Langner's ("Langner") (collectively "the Defendants") Joint Motion to Dismiss with Prejudice.

Plaintiffs filed their lawsuit on December 4, 2009, asserting claims under 42 U.S.C. §1983 against Defendants for alleged violations of their constitutional rights, and various state law claims.

On April 5, 2011, the Court entered an Order adopting Magistrate Johnson's Memorandum and Recommendation, which granted Crowe's and KISD's motions for summary judgment on all of Plaintiffs' claims, and granted Langner's motion for summary judgment on Plaintiffs' state law claims, leaving Plaintiff A.M.'s § 1983 Fourth

Amendment claim against Langner as the only remaining live claim. The parties reached a settlement agreement with respect to that claim.

Having considered the parties' Motion to Dismiss, and there being no remaining claims in this case, the Court is of the opinion that it should be **GRANTED**.

IT IS, THEREFORE, ordered that this case is hereby **DISMISSED with prejudice**. All costs shall be taxed against the party incurring the same. This is a final judgment.

Signed this 23rd day of JUNE, 2011.

_____
JUDGE PRESIDING